**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUAN CORDERO,<br>　　　Defendant. | CRIMINAL ACTION<br>No.　08-328-1 |
| UNITED STATES OF AMERICA<br>v.<br>JOSE CARABALLO-RODRIGUEZ<br>　　　Defendant. | CRIMINAL ACTION<br>No.　08-328-2 |

## ORDER

**AND NOW**, this 6th day of September 2011, it is hereby **ORDERED**:

1) Defendant Juan Cordero's Motion for Judgment of Acquittal is **DENIED**. Sentencing will be set by separate order.

2) Defendant Jose Caraballo-Rodriguez's Motion for Judgment of Acquittal is **GRANTED**. The Clerk of Court will enter a **JUDGMENT OF ACQUITTAL** for Caraballo-Rodriguez with respect to all Counts of the Indictment in this Action.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. CYNTHIA M. RUFE**